B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

Maryland District Of Greenbelt

In re **DeBellotte, Tyburn; DeBellotte, Toshua**
_____
Debtor

Case No. **15-21601**

Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and related data" if they file a case under chapter 7,11,13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 999,999.00 | | |
| B - Personal Property | Yes | 3 | $ 45,525.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,011,999.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 53,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 9,069.00 |
| J - Current Expenditures of Individual Debtor(s) | | | | | $ 10,659.00 |
| TOTAL | | 14 | $ 1,045,524.00 | $ 1,064,999.00 | |

B6 Summary (Official form 6 - Summary) (12/14)

# United States Bankruptcy Court

__Maryland__ District Of __Greenbelt__

In re __DeBellotte, Tyburn; DeBellotte, Toshua__
Debtor

Case No. __15-21601__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 53,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)(whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | $ 53,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 9,069.00 |
| Average Expenses (from Schedule J, Line 22) | $ 10,659.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 999,999.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 53,000.00 |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,052,999.00 |

B6A (Official Form 6A) (12/07)

In re  DeBellotte, Toshua Debellotte, Tyburn  ,   Case No. 15-21601
         Debtor                                                                (If Known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence<br>12818 Odens Bequest Drive<br>Bowie, Maryland 20720 | Fee Simple | W | $ 999,999.00 | $ 999,999.00 |
| | | Total ▷ | $ 999,999.00 | |

(Report also on Summary of Schedules)

In re **DeBellotte, Toshua DeBellotte, Tyburn** ,   Case No. **15-21601** ,
_____Debtor_____                                    (If Known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ☐ | Bank of America Account | H | $ 5,400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☐ | Capital One, Navy Federal, Pen Fed | J | $ 125.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | 5 TV's; projector, 2 stereos, one desktop, furniture, and other household items | H | $ 8,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6. Wearing apperal. | ☐ | Clothes, Shoes, garments | J | $ 3,000.00 |
| 7. Furs and jewerly. | ☐ | accessories, coats, jackets | J | $ 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | ☐ | T Rowe Price IRA | W | $ 4,000.00 |

In re  DeBellotte, Toshua DeBellotte, Tyburn ,    Case No. **15-21601**
              **Debtor**                                                 (If Known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ☒ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ☒ | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | ☒ | | | |
| 16. Accounts receivable. | ☒ | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ☒ | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | ☒ | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | |

In re  DeBellotte, Toshua DeBellotte, Tyburn           ,       Case No. 15-21601
           Debtor                                                                (If Known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | |
| 23. Licenses, franchises, and other general intangibles. Give Particulars. | ☐ | ~~TropQ Creamery and Cafe~~ TD | H | ~~$ 300,000.00~~ TD |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ☒ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 2012 Grand Caravan | W | $ 12,000.00 |
| 26. Boats, motors, and accessories. | ☐ | | | |
| 27. Aircraft and accessories. | ☐ | | | |
| 28. Office equipment, furnishings, and supplies. | ☐ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ☐ | Equipment at Cafe | H | $ 9,000.00 |
| 30. Inventory. | ☐ | Cafe Supplies | H | $ 1,000.00 |
| 31. Animals. | ☐ | | | |
| 32. Crops - growing or harvested. Give Particulars | ☐ | | | |
| 33. Farming equipment and implements. | ☐ | | | |
| 34. Farm supplies, chemicals, and feed. | ☐ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ☐ | | | |

_____ continuation sheets attached    Total ▷  ~~$ 345,525.00~~ TD

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C Official Form 6C

In re **DeBellotte, Toshua Debellotte, Tyburn**          Case No. **15-21601**
_____
            Debtor                                                              (If Known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check One Box)                                                                              $155,675 *

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand and Wallet | C.C.P 703.140(B)5) | $ 5,400.00 | $ 5,400.00 |
| Checking on Hand | C.C.P 703.140(B) (5) | $ 125.00 | $ 125.00 |
| Household Goods | C.C.P 703.140 (B) (3) | $ 8,000.00 | $ 8,000.00 |
| Wearing apperal, furs, and jewelry | C.C.P 703.140 (B) (3) | $ 6,000.00 | $ 6,000.00 |
| Interest in IRA | C.C.P 703.140 (B) (5) | $ 4,000.00 | $ 4,000.00 |

* _Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._



B6C Official Form 6C

In re  DeBellotte, Toshua Debellotte, Tyburn , Case No. 15-21601
                      Debtor                                                   (If Known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check One Box)                                                   $155,675 *

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| TropQ Creamery and Cafe (IP) | C.C.P 703.140(B)5) | ~~$ 300,000.00~~  TD | ~~$ 300,000.00~~  TD |
| 2012 Dodge Caravan | C.C.P 703.140(B) (5) | $ 12,000.00 | $ 12,000.00 |
| Equipment at TropQ Creamery and Cafe | C.C.P 703.140 (B) (6) | $ 9,000.00 | $ 9,000.00 |
| Cafe Supplies | C.C.P 703.140 (B) (6) | $ 1,000.00 | $ 1,000.00 |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

2 of 2                                                  345,525    345,525

B 6D (Official Form 6D) (12/07)

In re  DeBellotte, Toshua DeBellotte, Tyburn ,  Case No. 15-21601 ,
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If Known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
　　List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10016749<br>Selene Finance<br>9990 Richmond Avenue,<br>Suite 400 South<br>Houston, TX 77042-8500 | ☐ | W | October 2006<br>Mortgage Primary<br><br>VALUE $ 580,000.00 | ☐ | ☐ | ☐ | $ 999,999.00 | $ 999,999.00 |
| ACCOUNT NO. 77271590<br>Credit Accepantance Co | ☐ | W | February 2013<br>Puchase Money Security<br><br>VALUE | ☐ | ☐ | ☐ | $ 12,000.00 | $ 0.00 |
| ACCOUNT NO. | ☐ | | VALUE | ☐ | ☐ | ☐ | | |
| ACCOUNT NO. | ☐ | | VALUE | ☐ | ☐ | ☐ | | |

_____ continuation sheets attached

Subtotal Total of this page ▷ $ 1,011,999.00 | $ 999,999.00

Total Use only on last page ▷ 

(Report total also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related data)

In re  **DeBellotte, Tyburn DeBellotte, Toshua**          ,         Case No. **15-21601**                              ,
                    Debtor                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."     If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

In re  DeBellotte, Tyburn DeBellotte, Toshua          ,         Case No. 15-21601                         ,
             Debtor                                                    (If Known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  DeBellotte, Tyburn DeBellotte, Toshua ,                Case No.  15-21601
            Debtor                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IRS | ☐ | H | 38,000<br><br>VALUE | ☐ | ☐ | ☐ | $ 38,000.00 | $ 0.00 | $ 38,000.00 |
| ACCOUNT NO.<br>State of Maryland | ☐ | H | 15,000<br><br>VALUE | ☐ | ☐ | ☐ | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| ACCOUNT NO. | ☐ | | <br><br>VALUE | ☐ | ☐ | ☐ | | | |
| ACCOUNT NO. | ☐ | | <br><br>VALUE | ☐ | ☐ | ☐ | | | |
| ACCOUNT NO. | ☐ | | <br><br>VALUE | ☐ | ☐ | ☐ | | | |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals   (Total of this page) ▷ $ 53,000.00 | $ 0.00 | $ 53,000.00

Total
Use only on last page of the completed Schedule E
(Report total also on Summary of Schedules) ▷

Totals
Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.) ▷

B 6G (Official Form 6G) (12/07)

In re **DeBellotte, Toshua**              Case No. **15-21601**
         Debtor                                        (If Known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  DeBellotte, Toshua DeBellotte, Tyburn ,    Case No. 15-21601 ,
          Debtor                                              (If Known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Toshua<br>First Name | _____<br>Middle Name | Debellotte<br>Last Name |
| Debtor 2<br>(Spouse if filing) | Tyburn<br>First Name | _____<br>Middle Name | DeBellotte<br>Last Name |

United States Bankruptcy Court for the __Maryland__ District of __Greenbelt__

Case Number (If Known) __15-21601__

☐ Check if this is an ammended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

__09/23/2015__
MM/DD/YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self employed work.

   Occupation may be student or homemaker, if it applies

| | Debtor 1 | Debtor 2 or non filing spouse |
|---|---|---|
| Employment Status | ☒ Employed<br>☐ Not Employed | ☒ Employed<br>☐ Not Employed |
| Occupation | Business owner | Paralegal Specialist |
| Employers Name | TropQ Creamery and Cafe | FSA |
| Employers Address | 129a Mitchells Chance Road<br>Number  Street<br>Edgewater, Maryland 21037<br>City    State  Zip | 2110 Ashbrook Pl Suite 220<br>Number  Street<br>Ashburn VA 20147<br>City    State  Zip |
| How long employed there | 2 years | 7 years |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what your monthly wage would be. | $ 4,000.00 | $ 6,600.00 |
| 3 | Estimate and list monthly overtime pay. | $ | $ |
| 4 | Calculate gross income. Add line 2 + line 3 | $ 4,000.00 | $ 6,600.00 |

Official Form B 6I

|  | For Debtor 1 | For Debtor 2 or non filing spouse |
|---|---|---|
| Copy line 4 here.......... →    4. | $ 4,000.00 | $ 6,000.00 |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security Deductions | 5a. $ _____ | $ 510.00 |
| 5b. Mandatory contributions for retirement plans | 5b. $ _____ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ _____ | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. $ _____ | $ 75.00 |
| 5e. Insurance | 5e. $ _____ | $ 186.00 |
| 5f. Domestic support obligations | 5f. $ _____ | $ _____ |
| 5g. Union dues | 5g. $ _____ | $ _____ |
| 5h. Other deductions   Specify: Transit | 5h. $ _____ | $ 160.00 |

6. Add the payroll deductions. 5a+5b+5c+5d+5e+5f+5g+5h    6. $ 0.00    $ 931.00

7. Calculate total monthly take-home pay: Subtract line 6 from line 4    7. $ 4,000.00    $ 5,069.00

8. List all other income regularly received:

| | | |
|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement and property settlement. | 8c. $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benifits under the Supplimental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. $ 0.00 | $ 0.00 |
| 8h. Other monthly income . Specify: _____ | 8h. $ 0.00 | $ 0.00 |

9. Add all other income: 8a+8b+8c+8d+8e+8f+8g+8h    9. $ 0.00    $ 0.00

10. Calculate monthly income. Add line 7 + line 9
    Add the entries in line 10 for debtor 1 and debtor 2 or non-filing spouse.    10. $ 4,000.00    $ 5,069.00 = $ 9,069.00

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J
    Specify: _____    11. $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. $ 9,069.00
    
    Combined Monthly Income

13. Do you expect an increase or decrease within the year after you file this forms
    
    ☐ No.
    ☒ Yes. Explain  TropQ Creamery and Cafe should alow debtor (Ty deBellotte) to make more money.

Official form B6I          Schedule I: Your Income          Official form B6I

**Fill in this information to identify your case:**

Debtor 1: Tyburn (First Name) _____ (Middle Name) DeBellotte (Last Name)

Debtor 2 (Spouse if filing): Toshua (First Name) _____ (Middle Name) DeBellotte (Last Name)

United States Bankruptcy Court for the: Maryland District of Greenbelt

Case Number (If Known): 15-21601

Check if this is:
- ☐ An ammended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date: _____ MM/DD/YYYY
- ☐ A separate filing for debtor 2 beccause debtor 2 maintains a seperate household

Official Form B 6J

# Schedule J: Your Expenses                                              12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**
- ☐ No. Go to line 2
- ☒ Yes. Does Debtor 2 live in a separate household
  - ☐ No
  - ☐ Yes. Debtor 2 must file a separate Schedule J

**2. Do you have dependents?**
- ☐ No
- ☒ Yes. Fill out this information for each dependent

Do not list Debtor 1 and Debtor 2
Do not state the dependents names

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 17 | ☐ No ☒ Yes |
| daughter | 4 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
- ☒ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a suppliment in a chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplimental Schedule J, check the box at the top of the form and fill in the applicable data.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B6I)

**Your Expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.                                    4. $ 2,200.00

If not included in line 4:

4a. Real estate taxes                                                     4a. $ 600.00

4b. Property, homeowner's or renter's insurance                           4b. $ 50.00

4c. Home maintenance, repair, and upkeep expenses                         4c. $ 175.00

4d. Homeowners association or condominium dues                            4d. $ 200.00

Official Form B 6IJ                    Schedule J: Your Expenses                    Page 1

Debtor 1  __Tyburn__ _____ __DeBellotte__    Case Number __15-21601__
           First Name   Middle Name   Last Name      (If Known)

**Your Expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans  5. $ 0.00

6. **Utilities:**

    6a. Electricity, heat, natural gas  6a. $ 700.00

    6b. Water, sewer, garbage collection  6b. $ 250.00

    6c. Telephone, cell phone, internet, satellite, and cable sevice  6c. $ 500.00

    6d. Other: Specify _____  6d. $ _____

7. **Food and housekeeping supplies**  7. $ 1,000.00

8. **Childcare and children's education costs**  8. $ 1,300.00

9. **Clothing, laundry, and dry cleaning**  9. $ 300.00

10. **Personal care products and services**  10. $ 300.00

11. **Medical and dental expenses**  11. $ 150.00

12. **Transportation.** Include gas, maintenance, bus or train fare, Do not include car payments  12. $ 580.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $ 150.00

14. **Charitable contributions and religious donations**  14. $ 700.00

15. **Insurance:** Do not include insurance deducted from your pay or included in lines 4 or 20

    15a. Life insurance  15a. $ _____

    15b. Health insurance  15b. $ _____

    15c. Vehicle insurance  15c. $ 200.00

    15d. Other: Specify 1 _____  15d. $ _____

16. **Taxes:** Do not include taxes deducted from your pay or included in line 4 or 20

    Specify 1 _____  16. $ _____

17. **Installment or lease payments:**

    17a. Car payment for vehicle 1  17a. $ 539.00

    17b. Car payment for vehicle 2  17b. $ _____

    17c. Other: Specify Lease Vehicle on Monthly Basis for ride-Share  17c. $ 765.00

    17d. Other: Specify 1 _____  17d. $ _____

18. **Your payments of alimony, maintenance, and support you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B6I)**  18. $ _____

19. **Other payments you make to support others who do not live with you**

    Specify 1 _____  19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I. Your Income**

    20a. Mortgages on the property  20a. $ _____

    20b. Real estate taxes  20b. $ _____

    20c. Property, homeowners, or renter's insurance  20c. $ _____

    20d. Maintenance, repair, and upkeep expenses  20d. $ _____

    20e. Maintenance, repair, and upkeep expenses  20e. $ _____

21. **Other:** Specify _____     21. + $ _____

22. **Your monthly expenses.** Add lines 4 through 21               22. $ 10,659.00
    The result is your monthly expenses

23. **Calculate your monthly net income**

    23a. Copy line 12 (your combined monthly income) from schedule I     23a. $ 9,069.00

    23b. Copy your monthly expenses from line 22 above                   23b - $ 10,659.00

    23c. Subtract your monthly expenses from your monthly income. The result is your monthly
         net income.                                                     23c. $ -1,590.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payments to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No       Explain here:
    ☒ Yes


Yes, the house is only worth $580,000 coupled with the potential for debtor (Ty DeBellotte) to make

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  DeBellotte                              Case No.  15-21601
         _____                     _____
                  Debtor                                        (If Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

_____9/23/15_____                          _____Cy B. DeBellotte_____
Date                                        Signature of Debtor

_____9/23/15_____                          _____DeBellotte_____
Date                                        Signature of Joint Debtor (if any)

                                           (If joint case, both spouses must sign.)

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**N/A**
_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.  A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, *(Total shown on summary page plus 1.)* and that they are true and correct to the best of my knowledge, information, and belief.

_____                _____
Date                                            Signature of Debtor

                                               _____
                                               (Print or type name of individual signing on behalf of debtor.)

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.